# UNITED STATES BANKRUPTCY COURT

_____ District Of _____

In re _____, Case No. _____

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Ajax Mortgage Loan Trust 2019-A, Mortgage-Backed Securities, Series 2019-A, by U.S. Bank National Association, as Indenture Trustee
_____    _____
 Name of Transferee                                              Name of Transferor

Name and Address where notices to transferee should be sent:

Court Claim # (if known): _____
Amount of Claim: _____
Date Claim Filed: _____

Phone: _____        Phone: _____
Last Four Digits of Acct #: _____        Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

2334

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____     Date:_____
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.