The Honorable Christopher M. Alston
Chapter 13

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re:

Lan Ngoc Nguyen,

Debtor.

No. 17-10465-CMA

Chapter 13

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Lan Ngoc Nguyen ("Debtor"), hereby terminates her attorney representation with Ruth Nelson of the Law Office of Ruth Nelson, and substitutes in Christina L Henry of Henry & DeGraaff, P.S. as their attorney of record.

YOU ARE FURTHER NOTICED THAT Henry & DeGraaff, PS, located at 1787 Maynard Ave S, Seattle, WA 98104, tel# 206-330-0595 has been substituted as *attorney of record for the* Debtor.

COPIES OF ALL FURTHER PAPERS AND PROCEEDINGS herein, except original process, shall be served upon the substituted counsel, Christina Henry of Henry & DeGraaff, P.S. This withdrawal and substitution will be effective as of November 13th 2019.

DATED this 13th day of November 2019.

| LAW OFFICE OF Ruth A. Nelson | HENRY & DeGRAAFF, P.S. |
|---|---|
| /s/ Ruth A. Nelson | By  /s/ Christina L. Henry |
| Ruth A. Nelson, WSBA# 12771 | Christina L. Henry, WSBA# 31273 |
| Withdrawing Attorney | Substituting as Attorney of Record |

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL - 1

HENRY & DEGRAAFF, P.S.
787 MAYNARD AVE S
SEATTLE, WASHINGTON 98104
telephone (206) 330-0595

Case 17-10465-CMA    Doc 42    Filed 11/13/19    Ent. 11/13/19 11:01:21    Pg. 1 of 1